IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01915-MEH

EDMOND WALKER,

    Plaintiff,

v.

CRUMB,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 20, 2015**.

    Plaintiff's Motion [to Arrange December 16, 2015 Status Conference at Denver County Jail] [filed November 18, 2015; docket #25] is **denied**. The Court does not have the ability to hold a Status/Scheduling Conference at the Denver County Jail. The Court also notes that it has had no trouble holding conferences for other inmates at the Denver County Jail in the past; the inmates have called in at the scheduled times for these hearings, as set forth in the Court's orders. The Court suggests that Plaintiff seek information from the Denver County Jail as to its procedure for calling in for the Status/Scheduling Conference.

    In addition to notice of filing of this Minute Order being provided to the parties, the Clerk of the Court shall mail a copy of this Minute Order to the following:

CASE MANAGER FOR:
Edmond Walker
#402871
455 Sherman Street
Suite 130
Denver, CO 80203